UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOVON JONES, :

    Petitioner : CIVIL ACTION NO. 3:16-1351

v. : (JUDGE MANNION)

  :

COMM OF PA, *et al.*, 

  :

    Respondents

  :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Commonwealth's motion to withdraw Renee Franchi, Esq. as counsel of record (Doc. 31) is **GRANTED**.

4. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: January 11, 2022**
16-1351-01-ORDER